UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                          Case No. 24-MJ-30451
                                            Originating No.  23CR2465

**ANTONIO GODWIN EL,**

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

    Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ANTONIO GODWIN EL,** to answer to charges pending in another federal district, and states:

    1.  On **October 23, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Arizona based on a Superseding indictment**.  Defendant is charged in that district with violations of  **21 USC Sections 846 and 841(a)(1) and (b()1)(A)(vi) – Conspiracy to Distribute 400 Grams or More of Fentanyl.**

    2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *s/Jason Norwood*
        JASON NORWOOD
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: October 23, 2024